[No. 69526-6-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN LEE ALEXANDER LLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00053-7, Carol A. Schapira, J., entered September 28, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 69655-6-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTAPHER TARENCE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00324-6, Beth M. Andrus, J., entered November 9, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Trickey, J.

[Nos. 70099-5-I; 70697-7-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. AMALIA M. CASTILLO, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 11-1-10546-2, Bill Bowman, J., entered February 21, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 70493-1-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FABIAN LUKE GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01400-3, Ira Uhrig, J., entered May 20, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Verellen, JJ.